**PHILADELPHIA INDEMNITY INSURANCE COMPANY and Lance Goff, Appellants**

v.

**The EPISCOPAL DIOCESE OF FORT WORTH, et al., Appellee.**

No. 05–12–00673–CV.

Court of Appeals of Texas, Dallas.

Jan. 16, 2013.

Thomas Michael Spitaletto, Jennafer G. Groswith, Dallas, TX, for appellants.

Hugh Bartley Sloan, Brent Basden, Bobby M. Rubarts, Dallas, TX, for appellee.

Before Chief Justice WRIGHT, Justice LANG–MIERS and Justice LEWIS.

**OPINION**

Opinion by Chief Justice WRIGHT.

Appellants' brief in this case is overdue. By letter dated July 9, 2012, we notified appellants the time for filing their brief had expired. We directed appellants to file their brief and an extension motion within ten days or the appeal would be dismissed. To date, appellants have not filed their brief, an extension motion, or

otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX.R.APP. P. 38.8(1), 42.3(c).